435 A.2d 647

Diamond v. Diamond, Appellant.

Argued March 30, 1981.  Robert A. Rovner, for appellant;  Frank L. Newburger, III, for appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

The order entered November 18, 1980 is affirmed on the comprehensive opinion of Judge Rufe.  Having made an independent study of the entire record, we are of the opinion that the court below properly granted Appellee's request for annulment.